# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **JAMES COBB** | **CIVIL ACTION NO. 19-0612** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **TERRY PARISH, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff James Cobb's Complaint, [doc. # 1], is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 24th day of October, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **JAMES COBB** | **CIVIL ACTION NO. 19-0612** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **TERRY PARISH, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff James Cobb's Complaint, [doc. # 1], is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this _____ day of October, 2019.

 

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE